IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRETT WARREN DANCE, <br><br> *Plaintiff*, <br><br> v. <br><br> SHELBY COUNTY, TEXAS, SHERIFF WILLIS BLACKWELL, KEVIN WINDHAM, RICHARD SIMS, and JOHN DOE JAILERS, <br><br> *Defendants*. | § § § § § § § § § § § § § § § | Case No. 2:20-cv-00273-JRG-RSP |

## ORDER

Defendants Sheriff Willis Blackwell, Kevin Windham, Richard Sims, John Doe Jailers, and Don Moore ("Individual Defendants") previously filed a Motion for Summary Judgment (Dkt. No. 38.) The Individual Defendants and Shelby County, Texas previously a Motion to Dismiss and Rule 12(e) Motion for a More Definite Statement (Dkt. No. 34.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 53), recommending grant of the Motion for Summary Judgment and denial of the Motion to Dismiss and Rule 12(e) Motion for a More Definite Statement. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Motion for Summary Judgment (Dkt. No. 38) is **GRANTED** and Motion to Dismiss and Rule 12(e) Motion for a More Definite Statement (Dkt. No. 34) is **DENIED**. All claims against all Defendants other than Shelby County are dismissed with prejudice.

**So ORDERED and SIGNED this 28th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE